# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-2169

———————————————

SAMATREA MONTS,

    Appellant,

    v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and
RIVERSIDE PRESBYTERIAN
APARTMENTS, INC.,

    Appellees.

———————————————

On appeal from Reemployment Assistance Appeals Commission.
Frank E. Brown, Chairman.

November 7, 2018

PER CURIAM.

    AFFIRMED.

RAY, BILBREY, and WINOKUR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Samatrea Monts, pro se, Appellant.

Norman Blessing, General Counsel, and Katie E. Sabo, Appellate Counsel, Tallahassee, for Appellee Reemployment Assistance Appeals Commission. No appearance for Riverside Presbyterian Apartment, Inc.